```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OSCAR VILLAREAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00300-MCE |
| )  Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| OSCAR VILLAREAL, ) | Date: August 23, 2007 |
| ) | Time: 9:00 a.m. |
| )  Defendant. ) | Judge: Morrison C. England |
| _____ ) | |

OSCAR Villareal, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of August 2, 2007 and set a new Status Conference date of August 23, 2007 at 9:00 a.m..

This continuance is necessary to allow the defense additional time to investigate the account of a percipient witness, whose allegations could result in an upward adjustment under the defendant's sentencing guidelines. The defense investigator needs additional time to locate and interview this witness.

   IT IS STIPULATED that the period from the signing of this Order up to and including August 23, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        OSCAR VILLAREAL

Dated: August 1, 2007

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Kyle Reardon
                                        _____
                                        KYLE REARDON
                                        Assistant U.S. Attorney

                              **ORDER**

**IT IS SO ORDERED.**

 Dated: August 1, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2