```
DANIEL BRODERICK Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OSCAR VILLAREAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00300-MCE |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| OSCAR VILLAREAL, ) | Date:  August 30, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Morrison C. England |
| ) | |
| _____ ) | |

OSCAR Villareal, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Kyle Reardon, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of August 23, 2007 and set a new Status Conference date of August 30, 2007 at 9:00 a.m..

This continuance is necessary to allow the parties time to complete their investigations, specifically, interviews of a percipient witness. The parties anticipate an eventual change of plea and possible sentencing hearing, and need to complete their investigations in preparation for the change of plea.

1    IT IS STIPULATED that the period from the signing of this Order up
2 to and including August 30, 2007 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of
5 counsel.

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        OSCAR VILLAREAL

Dated: August 9, 2007

                                        MCGREGOR SCOTT
                                        United States Attorney


                                        /s/ Kyle Reardon
                                        _____
                                        KYLE REARDON
                                        Assistant U.S. Attorney

                          **ORDER**

**IT IS SO ORDERED.**
 Dated: August 9, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2