```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Oscar Villareal
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) No. 2:07-cr-00300-MCE |
|---|---|
| Plaintiff | ) |
| v. | ) STIPULATION AND ORDER |
| | ) MODIFYING TIME FOR |
| OSCAR VILLAREAL | ) JUDGMENT AND SENTENCE |
| Defendant. | ) |

In the above case, the Court had set a date of July 3, 2008 for Sentencing. However, Attorney J. Toney will be out of the area on that date. Furthermore, additional time is needed to conclude the Defendant's state prosecution which will facilitate resolution of this case. The parties therefore STIPULATE that the sentencing be continued to August 14, 2008 and request the Court to so order.

///
///
///
///
///
///

1

Dated June 24, 2008


   /s KYLE REARDON                       /s J. TONEY

    Kyle Reardon                         J. Toney

Assistant U.S. Attorney         Attorney for Defendant


**ORDER**

Good cause being shown, the date for sentencing is ordered continued to August 14, 2008.

Dated: June 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2