UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. 2:07-cr-00300-MCE

      Plaintiff,
  v.   **ORDER FOR RELEASE OF PERSON IN CUSTODY**

OSCAR VILLARREAL,

      Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release OSCAR VILLARREAL, Case No. 2:07-cr-00300, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $___ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): |

1. Defendant is released pursuant to the conditions as stated on the record on May 27, 2010.

Issued at Sacramento, California on June 1, 2010 at 12:46 p.m.

Dated: June 1, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE